IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Patton, Stacy M | Case Number: 05 B 48958 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 2/26/08 | Filed: 10/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 20, 2007
Confirmed: December 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 13,625.38 | |
| Secured: | | 0.00 |
| Unsecured: | | 10,008.11 |
| Priority: | | 0.00 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 710.52 |
| Other Funds: | | 12.75 |
| Totals: | 13,625.38 | 13,625.38 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 0.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 1,711.25 | 0.00 |
| 5. | Illinois Bell Telephone | Unsecured | 639.55 | 390.46 |
| 6. | T Mobile USA | Unsecured | 310.60 | 189.64 |
| 7. | Premier Bankcard | Unsecured | 639.98 | 390.73 |
| 8. | Cavalry Portfolio Services | Unsecured | 11,398.22 | 6,986.74 |
| 9. | Peoples Energy Corp | Unsecured | 2,532.21 | 0.00 |
| 10. | Bnc Captial Recovery | Unsecured | 3,358.86 | 2,050.54 |
| 11. | AJ Wright | Unsecured | | No Claim Filed |
| 12. | Cash Advance | Unsecured | | No Claim Filed |
| 13. | City of Country Club Hills | Unsecured | | No Claim Filed |
| 14. | EMSCO Mgmt Svcs | Unsecured | | No Claim Filed |
| 15. | Fingerhut | Unsecured | | No Claim Filed |
| 16. | Dr Kannan Subdar MD | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | First National Bank of Omaha | Unsecured | | No Claim Filed |
| 19. | Merrick Bank | Unsecured | | No Claim Filed |
| 20. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 21. | Mercury Finance Co | Unsecured | | No Claim Filed |
| 22. | Accu Chek | Unsecured | | No Claim Filed |
| 23. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 24. | Pay Day Loans | Unsecured | | No Claim Filed |
| 25. | Regal Tra-Pats C/O Global Payment Check | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Patton, Stacy M | Case Number: 05 B 48958 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 2/26/08 | Filed: 10/11/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Providian Financial | Unsecured | | No Claim Filed |
| 27. | TCF Bank | Unsecured | | No Claim Filed |
| 28. | Education Direct | Unsecured | | No Claim Filed |
| 29. | Nicor Gas | Unsecured | | No Claim Filed |
| 30. | United Cash Loans | Unsecured | | No Claim Filed |

$ 23,484.67         $ 12,902.11

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 315.68 |
| 5% | 43.64 |
| 4.8% | 208.86 |
| 5.4% | 142.34 |
| | $ 710.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

